# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:12 cr 93

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| 1) LLOYD DODWELL ) | |
| 2) DARREN HILL. ) | |
| ) | |
| _____ ) | |

**THIS MATTER** is before the Court pursuant to a Joint Motion for Permission to Provide Video to the Court Ahead of Scheduled Hearing (#63). In the motion, both Defendants and the Government request that the Court enter an Order granting permission to provide to the Court a video tape of a vehicle stop of the Defendants and a search of a vehicle which is the subject of a suppression motion that is scheduled for hearing on August 1, 2013. Both Defendants and the Government advise the Court that the video is two hours long and if the Court would view the video prior to the suppression hearing, that the time that would be involved in the suppression hearing may be reduced. The undersigned finds that good cause has been shown for the granting of the motion and will allow the motion.

# ORDER

**IT IS, THEREFORE, ORDERED**, that the Joint Motion for Permission to Provide Video to the Court Ahead of Scheduled Hearing (#63) is hereby **ALLOWED** and it is **ORDERED** that the video that both Defendants and the Government wish for the Court to review prior to the suppression hearing be provided to the Court on or before **July 25, 2013** so the Court can review the video as soon as possible.

Signed: July 24, 2013

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge