# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:12-cr-00093-MR-DLH-1

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>LLOYD DODWELL, )<br>)<br>Defendant. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's *pro se* Motion for Transcripts and Other Data [Doc. 154].

The Defendant has filed a Notice of Appeal [Doc. 144], thereby divesting this of jurisdiction over this matter. See Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58–59 (1982) (per curiam) ("The filing of a notice of appeal is an event of jurisdictional significance -- it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."). Moreover, the Defendant is currently represented by counsel. [See Doc. 153]. The Court does not ordinarily entertain motions filed by a criminal defendant who is represented by counsel and who has not formally waived his right to counsel. See LCrR 47.1(H).

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Transcripts and Other Data [Doc. 154] is **DENIED**.

**IT IS SO ORDERED**.

Signed: July 21, 2015

Dennis L. Howell
United States Magistrate Judge